## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINE DERENICK,     :    No.: 3:15-cv-01059
     Plaintiff,      :
                      :
     v.              :    (Magistrate Judge Saporito)
                      :
KOHL'S DEPARTMENT STORE, :
INC.,                  :
     Defendant/Third-Party :
     Plaintiff,      :
                      :
     v.              :
                      :
MERIT SERVICE SOLUTIONS, :
LLC,                  :
     Third-Party Defendant. :

## ORDER

AND NOW, this 26th day of October, 2016, upon consideration of the motion to dismiss (Doc. 30) filed by Merit Service Solutions, LLC, and in accordance with the Memorandum filed this date, IT IS HEREBY ORDERED as follows:

1.    The motion to dismiss (Doc. 30) is DENIED.

2.      Merit Service Solutions, LLC shall file an answer to the third-party complaint (Doc. 20) within 14 days from the date of this order.

<u>**_s/ Joseph F. Saporito, Jr._**</u>
JOSEPH F. SAPORITO, JR,
U.S. Magistrate Judge

Dated: October 26, 2016